## CHARLES C. MCCLOSKEY, LLC

PATENTS, TRADEMARKS,
AND RELATED CAUSES
www.mccloskeypatentlaw.com

LAW OFFICE
13321 N. OUTER 40 RD. STE. 100
TOWN & COUNTRY, MO 63017-5945

TEL: (636) 527-9962
FAX: (314) 786-1201
linkedin.com/in/chuckmccloskey

Charles C. McCloskey

ccmlaw@socket.net

November 18, 2014

Mr. William Thompson
1517 Manor Way
Deland, FL 32720

RE:         trademark No Mar ®
Docket No.:  M007

By first class mail

Dear Mr. Thompson:

Upon viewing a photo, our Client, No-Mar Enterprises, LLC, noticed your usage of No-Mar and No-Mar with design in relation to hand tools for tire changing. Upon information and belief, these usages may also appear on the forum www.v8bikers.com. A copy of the photo is enclosed.

The name No-Mar and No-Mar with design on the photo appears visible on computers in Missouri. However, your usage of No-Mar and No-Mar with design in reference to various tire changing products appears similar to the products of our Client.

Since at least as early as July 2005, our Client has made and sold hand tools for tire changing. Our Client obtained a U.S. trademark registration upon No-Mar with design in Sep. 2010. Our Client has kept the registration up to date with the Trademark Office.

Your usage of No-Mar and No-Mar with design appears in the enclosed photo and possibly upon the forum www.v8bikers.com, and features tools for manual tire changing. Your usage of our Client's trademark in the photo appears likely to cause confusion among consumers. Your usage of No-Mar and No-Mar with design in reference to various products infringes upon the No-Mar with design registered trademark of our Client.

Perhaps you were unaware of our Client's trademark or use of it was coincidental. We request that you immediately remove the term No-Mar and No-Mar with design from websites, the forum www.v8bikers.com, metatags, other forums, products, product packaging, advertising, and other marketing materials.

No-Mar
EXHIBIT - 6

      Many other names are available for your products. A well chosen alternate name can avoid later difficulty. If you would like to discuss this matter further, let us know.

Sincerely,

*[signature]*

Charles C. McCloskey

Encl.:
Trademark registration for No-Mar with design
Copy of photo

2