# NO MAR WILL SCRATCH YOUR WHEELS!!!

Just another WordPress.com weblog

June 20, 2016

Sue from N0 Mar has reached a new low in stating lies and slandering me. She is a sick and pathetic individual who will go to any length to hide the the fact that their company's products do not work as advertised and WILL SCRATCH! She is only making it worse for herself as I will now double down on my efforts to warn anyone consider doing business with them!

Here is a response she made to a forum I posted my story on – my responses are in BOLD:

BEWARE!! this is the gutter level customer service you will endure if the owner of No Mar damages your wheel! **Sue, you are a pathetic LIAR and have managed to make a complete fool of yourself, husband and your company. YOU HAVE ZERO INTEGRITY AND ARE MORALLY AND ETHICALLY BANKRUPT.** Remember how you accused me of slander? – **it's only slander if it's not true. You just screwed up big time. Now I have written poof to use against you. I have all the documents involved in this situation and can prove it . BTW, what do you have to say about your husband's choice to stand on the rim using his chosen "technique" Also, remember the BS letter from you attorney accusing me of copyright infringement and your e-mails I have asking who does your chroming, how much will it cost, etc. you have absolutely nothing to prove your case and all you can do is come on here spouting lies and come off as a complete lunatic!**

No-Mar<br>EXHIBIT - 7

This is Sue from No-Mar and I am embarrassed that this guy has gone to this extreme to keep bulling us to extort money from us for something Steve Nemish DID NOT damage!!!! Steve was there and if he did do something he would of made it right. WE DO NOT operate the way Mr Thompson has stated and many of you guys know us. **Watch the Video and read the Blog to see for yourself how they operate.**

I have so much respect for all the men and women on this forum and I hate to waste your time on crap like this. **Seriously? So you know all the people on here well enough to have respect for ALL of them? Even the other scumbag business owners like yourself that have ripped off people? That speaks volumes about your total lack of business ethics! WOW, you go girl!**